IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02357-BNB

RONALD J. MANCIL-BEECHER,

    Applicant,

v.

UNITED STATES MARSHAL SERVICE,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2010

GREGORY C. LANGHAM
CLERK

ORDER TO FILE PRELIMINARY RESPONSE

Applicant, Ronald J. Mancil-Beecher, is a prisoner in the custody of Colorado Department of Corrections, who currently is incarcerated at the Sterling, Colorado, Correctional Facility. Mr. Mancil-Beecher, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2241 challenging a federal detainer entered against him by the United States Marshals Service.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this case, the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to **Redmon v. Wiley**, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies as may be required to challenge the federal detainer that Mr. Mancil-Beecher has identified. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response.

Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Mr. Mancil-Beecher may have filed raising the issues asserted in the Application, as well as any responses to those grievances. Mr. Mancil-Beecher may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies.

The Court also notes that Mr. Mancil-Beecher names the Federal Bureau of Prisons as a Respondent. Because the law is well-established that the only proper respondent to a habeas corpus action is the habeas applicant's custodian, *see* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; and ***Harris v. Champion***, 51 F.3d 901, 906 (10th Cir. 1995), the caption of this Order does not list the Federal Bureau of Prisons (BOP). Mr. Mancil-Beecher is not in the custody of the BOP. Even if Mr. Mancil-Beecher was incarcerated at a BOP facility, the BOP is not a properly named respondent. Therefore, only the United States Marshals Service is listed in the caption of this Order. Accordingly, it is

ORDERED that the only properly named Respondent for the purpose of service is the United States Marshal Service. It is

FURTHER ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response** Mr. Mancil-Beecher may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies Respondent must notify the Court of that decision in the Preliminary Response.

DATED November 16, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02357-BNB

Ronald J. Mancil-Beecher
Reg No. 96105-012
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

U.S. Marshal Service **- CERTIFIED**
2604 Jefferson Davis Hwy
Alexandria, VA 22301

United States Attorney General **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service, to the United States Attorney General; and to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 10/4/10 on 11/16/10 .

                                                   GREGORY C. LANGHAM, CLERK

                                                   By: _____
                                                              Deputy Clerk