IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02357-BNB

RONALD J. MANCIL-BEECHER,

     Applicant,

v.

KEVIN MILYARD,

     Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -1 2011

GREGORY C. LANGHAM
               CLERK

---

## ORDER TO FILE PRELIMINARY RESPONSE

---

Applicant, Ronald J. Mancil-Beecher, is a prisoner in the custody of Colorado
Department of Corrections, who currently is incarcerated at the Sterling, Colorado,
Correctional Facility. Mr. Mancil-Beecher, acting *pro se*, initiated this action by filing an
Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2241 challenging a
federal detainer entered against him by the United States Marshals Service.

As part of the preliminary consideration of the Application for a Writ of Habeas
Corpus Pursuant to 28 U.S.C. § 2241 in this case, the Court has determined that a
limited Preliminary Response is appropriate. Respondent is directed pursuant to
*Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules
Governing Section 2254 Cases in the United States District Courts, to file a Preliminary
Response limited to addressing the affirmative defense of exhaustion of administrative
remedies as may be required to challenge the federal detainer that Mr. Mancil-Beecher
has identified. If Respondent does not intend to raise this affirmative defense,
Respondent must notify the Court of that decision in the Preliminary Response.

Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Mr. Mancil-Beecher may have filed raising the issues asserted in the Application, as well as any responses to those grievances. Mr. Mancil-Beecher may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies.

Previously, the Court directed the U.S. Marshal's Service to respond. In response to the Court's directive, the Marshal's Service filed a Preliminary Response and stated that Mr. Mancil-Beecher is not in the custody of the Marshal's Service, and furthermore, that the Marshal's Service has not lodged a detainer with the Colorado Department of Corrections against Mr. Mancil-Beecher. Even though Mr. Mancil-Beecher has not identified any other properly named respondent, because the law is well-established that the only proper respondent to a habeas corpus action is the habeas applicant's custodian, *see* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995), the Court will direct service of this Order on Kevin Milyard, the warden of the Sterling Correctional Facility, where Mr. Mancil-Beecher is incarcerated. Accordingly, it is

ORDERED that the only properly named Respondent for the purpose of service of this Order is Kevin Milyard. It is

FURTHER ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

2

FURTHER ORDERED that **within twenty-one days of the filing of the**

**Preliminary Response** Mr. Mancil-Beecher may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative

defense of exhaustion of administrative remedies Respondent must notify the Court of

that decision in the Preliminary Response.

DATED January 31, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  10-cv-02357-BNB

Ronald J. Mancil-Beecher
Prisoner No. 150948
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Kevin Milyard, Warden
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

       I  hereby  certify  that  I  have  mailed  a  copy  of  the  ORDER  to  the  above-named
individuals, and the following forms to the Keith Nordell for service of process on Kevin
Milyard: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 10/4/10 on 7/1/11.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk